FILED

02/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION
OF HEATHER H. GRAHAME

O R D E R

Heather H. Grahame has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE), and the requirement for in-person attendance of the Montana Law Seminar, for purposes of Grahame's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission," Rule VII.A.9, Rules of Admission, as well as "in-person completion of the Montana Law Seminar." Rule VIII.A., Rules of Admission.

Grahame has taken the MPRE twice, the first time during law school and the second time in 2011, when she was conditionally admitted to the Montana State Bar. She has remained a member in good standing with the State Bar, and her petition states she has practiced law since 1984 "without any ethical or disciplinary issues in any jurisdiction where licensed." Regarding her request to waive the in-person seminar, Grahame's situation is unique in that she has practiced in Montana since 2011. She was conditionally admitted by this Court for the purpose of representing one client, Northwestern Energy. She is now retiring from Northwestern Energy and wishes to continue practicing. She has completed all other requirements for full admission pursuant to admission on motion. Good cause appearing,

IT IS ORDERED that the petition of Heather H. Grahame to waive the three-year test requirement for the MPRE and the in-person seminar requirement for purposes of Grahame's current application for admission by motion to the State Bar of Montana is GRANTED.

FILED

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this _____ day of February, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2